■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN GAMBLE, Appellant. [788 NYS2d 861]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 23, 2003 (*People v Gamble*, 306 AD2d 496 [2003]), affirming a judgment of the Supreme Court, Queens County, rendered February 26, 2001.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Goldstein and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HARRIS, Appellant. [788 NYS2d 862]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 28, 2003 (*People v Harris*, 304 AD2d 839 [2003]), affirming a judgment of the Supreme Court, Kings County, rendered April 24, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Schmidt, S. Miller and Ritter, JJ., concur.